IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| MINDY WYATT and JUSTIN WYATT<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS<br><br>Defendant. | Case No.: 6:14-cv-03458 |

## DISMISSAL WITH PREJUDICE

COME NOW plaintiffs Mindy and Justin Wyatt, by and through counsel, and dismiss with prejudice their claims against defendant Safeco Insurance Company of Illinois.

STRONG-GARNER-BAUER, P.C.

_____
Steve Garner - MO Bar #35899
Chandler Gregg - MO Bar #56612
415 E. Chestnut Expressway
Springfield, MO 65802
Phone 417-887-4300
Fax 417-887-4385
sgarner@stronglaw.com
chandler@stronglaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was forwarded to attorneys of record via **ECF** and **U.S. MAIL**, as prescribed by law, on this 13th day of February, 2014.

Bruce A. Moothart – MO Bar #45517
Seyferth Blumenthal & Harris, LLC
4801 Main Street, Suite 310
Kansas City, MO 64112
Phone 816- 756-0700
Fax 816-756-3700
bruce@sbhlaw.com
jason@sbhlaw.com
**Attorneys for Defendant**

STRONG-GARNER-BAUER, P.C.

2